```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                 :
UNITED STATES OF AMERICA             :
                 :
             -v-                 :            18-CR-262 (VEC)
                 :
SEUXIS PAUCIS HERNANDEZ-SOLARTE,    :            <u>ORDER</u>
                 :
          Defendant.          :
                 :
-------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

        WHEREAS on April 4, 2018, the grand jury returned an indictment against Defendant Seuxis Paucis Hernandez-Solarte (AKA Jesus Santrich), Dkt. 7; and

        WHEREAS on May 18, 2021, *The New York Times* reported that Defendant Hernandez-Solarte was killed, *see* Julie Turkewitz and Anatoly Kurmanaev, *Colombia Rebel Commander 'Jesús Santrich' Killed, Venezuelan Officials Say*, NYTimes (May 18, 2021), https://www.nytimes.com/2021/05/18/world/americas/jesus-santrich-killed-colombia-venezuela.html.

        IT IS HEREBY ORDERED that the Government must file a letter updating the Court on the status of this case by no later than **October 7, 2022**.

**SO ORDERED.**

Dated: October 3, 2022
       New York, New York

                                             _____
                                                    **Valerie Caproni**
                                            **United States District Judge**