USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
  :
UNITED STATES OF AMERICA :
  :          NOLLE PROSEQUI
    - v. - :
  :          18 Cr. 262 (VEC)
SEUXIS PAUCIS HERNANDEZ-SOLARTE, :
    a/k/a "Jesus Santrich," :
  :
            Defendant. :
  :
-------------------------------------------------x

1.   The filing of this nolle prosequi will dispose of this case with respect to SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant.

2.   On April 4, 2018, Indictment 18 Cr. 262 (VEC) (the "Indictment") was filed charging SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, in three counts with (i) conspiring to import cocaine into the United States, in violation of 21 U.S.C. §§ 959 and 963; (ii) attempting to manufacture and distribute cocaine intending and knowing it would unlawfully be imported into the United States, in violation of 21 U.S.C. §§ 959 and 963; and (iii) attempting to import cocaine into the United States, in violation of 21 U.S.C. §§ 952 and 963.

3.   In or about May 2022, prior to his apprehension, while this case was still pending, SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, died.

4. Because SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, died while this case was pending, and therefore before a final judgment was issued, the Government respectfully requests that an order of nolle prosequi be filed as to the defendant with respect to the Indictment. See United States v. Wright, 160 F.3d 905, 908 (2d Cir. 1998).

[Remainder of Page Intentionally Left Blank]

5. In light of the foregoing, I recommend that an order of nolle prosequi be filed as to SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant.

*[signature]*
KYLE A. WIRSHBA / KAYLAN E. LASKY / JASON A. RICHMAN
Assistant United States Attorneys
(212) 637-2493

Dated:   New York, New York
         November  9 , 2022

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to SEUXIS PAUCIS HERNANDEZ-SOLARTE, a/k/a "Jesus Santrich," the defendant, with respect to Indictment 18 Cr. 262 (VEC).

*[signature]*
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated:   New York, New York
         November  9 , 2022

SO ORDERED:

*[signature]*
HONORABLE VALERIE E. CAPRONI
United States District Judge
Southern District of New York

Dated:   New York, New York
          November 10     , 2022

3